## (September 25, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GILGAR, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 17, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Lane, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY VALENTINE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 28, 1978, unanimously affirmed, without prejudice to a postconviction motion if so advised. Application by appellant's counsel to

withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Lane, Silverman and Ross, JJ.